IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREEM YOUNG, #222 970, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:15-CV-274-WKW |
| WARDEN FORNISS, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On August 26, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 18.) Upon an independent review of the file, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that Plaintiff's complaint, as amended, against Defendants Forniss, Assistant Warden, and Captain Smiley is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) and that Defendants Forniss, Assistant Warden, and Captain Smiley are DISMISSED as parties to this action.

It is further ORDERED that this action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 15th day of September, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE