IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREEM YOUNG, # 222970, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-274-WKW |
| | ) |
| CAPTAIN MCKEE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 12, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 28.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED; and

(2) This case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 2nd day of February, 2016.

                                               /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE